DEPARTMENT OF PUBLIC WELFARE, Respondent

v.

PRESBYTERIAN MEDICAL CENTER OF OAKMONT and Presbyterian Medical Center of Oakmont, Pennsylvania, Inc., Petitioners.

Supreme Court of Pennsylvania.

Dec. 22, 2003.

### AMENDED ORDER

PER CURIAM.

AND NOW, this 22nd day of December, 2003, the Petition for Allowance of Appeal is GRANTED, LIMITED to the question:

Whether the claims below sounded in contract and were within the subject matter jurisdiction of the Board of Claims, including its jurisdiction over implied or quasi-contract matters, for all periods at issue?